**DARRYL BURKE CHEVROLET v. AIKENS**

[350 N.C. 83 (1999)]

IN THE MATTER OF THE LICENSE OF DARRYL BURKE CHEVROLET, INC., SAFETY EMISSION INSPECTION STATION, LICENSE NO. 20749, DARRYL BURKE CHEVROLET, INC., Petitioner v. FREDERICK AIKENS, ACTING COMMISSIONER OF MOTOR VEHICLES, Respondent

No. 471A98

(Filed 4 March 1999)

Appeal by petitioner pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 131 N.C. App. 31, 505 S.E.2d 581 (1998), affirming the judgment entered by LaBarre, J., on 4 September 1997, in Superior Court, Wake County. Heard in the Supreme Court 11 February 1999.

*Clifton & Singer, L.L.P., by Benjamin F. Clifton, Jr., and C.D. Heidgerd, for petitioner-appellant.*

*Michael F. Easley, Attorney General, by Hal F. Askins, Special Deputy Attorney General, and Jeffrey R. Edwards, Associate Attorney General, for respondent-appellee.*

PER CURIAM.

AFFIRMED.